IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANDREW WIMLEY                                                                                          PLAINTIFF

       v.                              Civil No. 04-4077

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                              DEFENDANT

## **JUDGMENT**

On this 7th day of October, 2005, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Greg Giles, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees and expenses in the amount of $2,337.50 under *28 U.S.C. § 2412*.

     IT IS SO ORDERED.

     /s/ Bobby E. Shepherd
     HONORABLE BOBBY E. SHEPHERD
     UNITED STATES MAGISTRATE JUDGE